UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cv171-RJC-DCK

| | |
|---|---|
| TONY CURTIS BARRINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| UNITED STATES TREASURY, ) | |
| US GOVERNMENT ASSOCIATION, ) | |
| PRESIDENT BARACK OBAMA, ) | |
| ROBERT GIBB, and ) | |
| HILLARY RODHAM CLINTON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on the pro se plaintiff's complaint, motion to proceed in forma pauperis, motion for preliminary injunction, motion for hearing, motion for accelerated discovery, motion for discovery, first motion for summary judgment, and second motion for summary judgment (Doc. Nos. 1, 3-8, & 9).

The pro se plaintiff claims he is a direct lineal descendent of our nations first president, George Washington. He alleges that because of his relation to Washington, he has the right to sixty-five trillion dollars worth of gold bullion stored in the United States Treasury. The complaint consists of a ninety-four page collection of convoluted prattle. Plaintiff also attached to the complaint an order from the D.C. District Court dismissing as frivolous and describing as "a series of illogical statements" his claim for sixty trillion dollars against three employees of "Cable Network News" and a member of the United States Air Force. (Doc. No. 1 at 94).

Federal courts are required to dismiss complaints that contain "fantastic or delusional scenarios, claims with which federal district judges are all too familiar." White v. White, 886 F.2d

721, 726 (4th Cir. 1989); 28 U.S.C. § 1915(e)(2)(b)(i). The Court finds this complaint frivolous under § 1915(e)(2)(b)(i) and will thus dismiss it.

**IT IS, THEREFORE, ORDERED**, that:

1. the plaintiff's motion to proceed in forma pauperis (Doc. No. 3) is **GRANTED**;

2. the plaintiff's complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

3. all other motions in this action are **DENIED AS MOOT**.

**SO ORDERED.**

Signed: April 19, 2010

Robert J. Conrad, Jr.
Chief United States District Judge